UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**KATIE HANSEN,**

    Plaintiff,

v.                                           Case No. 24-CV-00807

**LABORATORY CORPORATION OF AMERICA**

    Defendant.

## MOTION FOR REMAND AND TO HOLD DEFENDANT'S MOTION TO DISMISS IN ABEYANCE

Pursuant to 28 U.S.C. § 1447, Plaintiff Katie Hansen, by and through her undersigned counsel, hereby moves for this matter to be remanded to the Circuit Court of Milwaukee County in the State of Wisconsin and to hold Defendant's Motion to Dismiss (ECF No. 6) in abeyance. This motion is supported by Plaintiff Hansen's Memorandum of Law in Support and the declaration of Attorney Timothy P. Maynard as well as Defendant's prior submissions in this matter.

Accordingly, Plaintiff Hansen respectfully requests the Court to hold Defendant's Motion to Dismiss in abeyance and remand this matter for further adjudication to the Circuit Court of Milwaukee County in the State of Wisconsin.

Date this 19th day of July 2024.

                                                Respectfully submitted,

                                                **Hawks Quindel, S.C.**
                                                Attorneys for Plaintiff Katie Hansen

                                                By:     <u>s/Timothy P. Maynard</u>

Timothy P. Maynard, SBN 1080953
Connor J. Clegg, SBN 1118534
Hawks Quindel, S.C.
5150 North Port Washington Road Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
E-mail:	tmaynard@hq-law.com
	cclegg@hq-law.com